POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Anthony J. Carucci, Esq. | SBN: 301923 <br> SNELL & WILMER <br> 600 Anton Blvd Suite 1400  Costa Mesa, CA 92626 <br> TELEPHONE NO.: (714) 427-7000 | FAX NO. | E-MAIL ADDRESS <br> ATTORNEY FOR *(Name)*: Plaintiff: BIHQ Pte Ltd. | FOR COURT USE ONLY |
|---|---|

**United States District Court Central District of California**
STREET ADDRESS: 350 W. 1st Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division

| PLAINTIFF/PETITIONER: BIHQ PTE LTD., a Singapore private limited company <br> DEFENDANT/RESPONDENT: ALO, LLC dba ALO YOGA, a California limited liability company, et al. | CASE NUMBER: <br> 2:23-cv-01426 GW(ASx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 89865.00001 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
    a. ☑ Summons
    b. ☑ Complaint
    c. ☐ Alternative Dispute Resolution (ADR) package
    d. ☐ Civil Case Cover Sheet
    e. ☐ Cross-Complaint
    f. ☑ other *(specify documents)*: Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Order Returning Case for Reassignment; Standing Order Re Final Pre-Trial Conferences For Civil Jury Trials Before Judge George H. Wu

3. a. Party served *(specify name of party as shown on documents served)*:
    **COLOR IMAGE APPAREL, INC., a California corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
    **Marco DeGeorge - Agent for Service of Process**

4. Address where the party was served: **9830 Wilshire Blvd**
   **Beverly Hills, CA 90212-1804**

5. I served the party *(check proper box)*
    a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:
    b. ☑ **by substituted service.** On *(date)*: **3/2/2023** at *(time)*: **12:19 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
    **Malcolm Jones - Receptionist, Authorized to Accept**

    (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
    (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
    (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
    (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
     *(date)*:     from *(city)*:     **or** ☑ a declaration of mailing is attached.
    (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> POS010-1/OC124573 |
|---|---|---|

PETITIONER: BIHQ PTE LTD., a Singapore private limited company
RESPONDENT: ALO, LLC dba ALO YOGA, a California limited liability company, et al.

Case 2:23-cv-01426-GW-AS   Document 11   Filed 03/14/23   Page 2 of 3   Page ID #:556

CASE NUMBER: 2:23-cv-01426 GW(ASx)

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                                          (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                 ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                             ☐ other:

7. **Person who served papers**
   a. Name: **Robert Brooks - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **901 W. Civic Center Drive, Suite# 190  Santa Ana, CA 92703**
   c. Telephone number: **(714) 558-2400**
   d. **The fee** for service was: **$ 395.85**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner        ☐ employee        ☑ independent contractor.
         (ii) Registration No.: **2018032404**
         (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/7/2023**

**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**
**www.nationwideasap.com**

_____            ▶  *(signature)*
**Robert Brooks**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Anthony J. Carucci, Esq., SBN: 301923<br>SNELL & WILMER<br>600 Anton Blvd Suite 1400<br>Costa Mesa, CA 92626<br>TELEPHONE No.: (714) 427-7000    FAX No. (Optional):    E-MAIL ADDRESS (Optional): | | |
| Attorney for: Plaintiff BIHQ Pte Ltd. | Ref No. or File No.:<br>89865.00001 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District of California - Western Division

Petitioner: BIHQ PTE LTD., a Singapore private limited company
Respondent: ALO, LLC dba ALO YOGA, a California limited liability company, et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:23-cv-01426 GW(ASx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Order Returning Case for Reassignment; Standing Order Re Final Pre-Trial Conferences For Civil Jury Trials Before Judge George H. Wu

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Santa Ana, California, addressed as follows:

   a. Date of Mailing:         March 02, 2023
   b. Place of Mailing:        Santa Ana, CA
   c. Addressed as follows:    COLOR IMAGE APPAREL, INC., a California corporation
                               ATTENTION: Marco DeGeorge - Agent for Service of Process
                               9830 Wilshire Blvd
                               Beverly Hills, CA 90212-1804

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.

Fee for Service: $ 395.85
**Nationwide Legal, LLC REG: 12-234648**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 07, 2023**.

Signature: _Sheri Nadari_
Sheri Nadari

**PROOF OF SERVICE BY MAIL**

Order#: OC124573/mailproof