Aaron Wainscoat (Bar No. 218339)
aaron.wainscoat@aloyoga.com
Cynthia C. Mullen (Bar No. 292256)
cynthia.mullen@aloyoga.com
Nathaniel H. Lipanovich (Bar No. 292283)
nathaniel.lipanovich@aloyoga.com
ALO, LLC – Legal Department
9830 Wilshire Blvd.
Beverly Hills, California 90212

**Attorneys for Defendants Alo, LLC
and Color Image Apparel, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIHQ PTE LTD., a Singapore private limited company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALO, LLC, a California limited liability company and COLOR IMAGE APPAREL, INC., a California corporation,<br><br>　　　　Defendants. | Case No. 2:23-cv-01426-GW-ASx<br><br>**ALO, LLC'S AND COLOR IMAGE APPAREL, INC.'S ANSWER TO COMPLAINT AND COUNTERCLAIMS**<br><br><u>**JURY TRIAL DEMANDED**</u><br><br>Assigned: Hon. George H. Wu<br>Complaint filed: February 24, 2023 |

　　　　Defendants  Alo, LLC ("Alo LLC") and Color Image Apparel, Inc. ("CIA") (together "Alo" or "Defendants"), hereby submit their Answer, Affirmative Defenses, and Counterclaims to the Complaint filed by Plaintiff BIHQ Pte Ltd. ("BIHQ" or "Plaintiff") as set forth below.[1]

---

[1] Alo does not respond to the headings in the Complaint, which require no response. To the extent the headings purport to contain factual allegations requiring a response, Alo denies them.  Alo's answers in specific numbered paragraphs herein correspond

**NATURE OF ACTION**

1.     Alo denies the allegations in Paragraph 1 of the Complaint except admits that this purports to be an action for breach of contract and account stated seeking damages for monetary relief, and avers that the claims lack merit as asserted.

**PARTIES**

1.     Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 1 of the Complaint and therefore denies them.

2.     Alo admits that Alo, LLC is a California limited liability company with a principal place of business located at 9830 Wilshire Boulevard, Beverly Hills, CA 90212.  Alo admits that it is a well-known athleisure, yoga and health and wellness company that markets and sells products throughout the United States and abroad. Alo denies the remaining allegations in Paragraph 2 of the Complaint are complete or accurate and therefore denies them.

3.     Alo admits that CIA is a California corporation with a principal place of business located at 9830 Wilshire Boulevard, Beverly Hills, CA 90212.  Alo admits that Alo, LLC is a wholly-owned subsidiary of CIA.  Alo denies the remaining allegations in Paragraph 3 of the Complaint are complete or accurate and therefore denies them.

4.     Alo admits that Alo, LLC is a wholly-owned subsidiary of CIA, and that CIA and Alo, LLC each have a principal place of business located at 9830 Wilshire Boulevard, Beverly Hills, CA 90212.  Alo denies the remaining allegations in Paragraph 4 of the Complaint are complete or accurate and therefore denies them. The remaining allegations in Paragraph 4 also state legal conclusions to which no response is required. To the extent a response is required, Alo denies them.

---

to the same numbered paragraphs used in the Complaint.

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

5.      Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 5 of the Complaint and therefore denies them.

### JURISDICTION & VENUE

6.      Alo admits that Plaintiff asserts claims subject to the statute listed in Paragraph 6, but avers that the asserted claims lack merit.   The remaining allegations state legal conclusions to which no response is required. To the extent a response is required, Alo denies the allegations.

7.      Alo admits that Alo, LLC is a California limited liability company with a principal place of business located at 9830 Wilshire Boulevard, Beverly Hills, CA 90212.  Alo denies the remaining allegations in Paragraph 7 of the Complaint. Solely for purposes of this action, Alo does not contest that it is subject to personal jurisdiction with respect the asserted claims in the Complaint.

8.      Alo admits that Alo, LLC is a California limited liability company with a principal place of business located at 9830 Wilshire Boulevard, Beverly Hills, CA 90212.  Alo denies the remaining allegations in Paragraph 8 of the Complaint. The remaining allegations state legal conclusions to which no response is required. To the extent a response is required, Alo denies the allegations.

### GENERAL ALLEGATIONS

9.      Alo denies the allegations in Paragraph 9 of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 9 of the Complaint and therefore denies them.

10.     Alo denies the allegations in Paragraph 10 of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 10 of the

Complaint and therefore denies them. The remaining allegations state legal conclusions regarding contract formation to which no response is required. To the extent a response is required, Alo denies the allegations.

11. Alo denies the allegations in Paragraph 11 of the Complaint are complete or accurate and therefore denies them. Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 11 of the Complaint and therefore denies them. The remaining allegations state legal conclusions regarding contract formation to which no response is required. To the extent a response is required, Alo denies the allegations.

12. Alo denies the allegations in Paragraph 12 of the Complaint are complete or accurate and therefore denies them. Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 12 of the Complaint and therefore denies them. The remaining allegations state legal conclusions regarding contract formation to which no response is required. To the extent a response is required, Alo denies the allegations.

13. Alo denies the allegations in Paragraph 13 of the Complaint are complete or accurate and therefore denies them. Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 13 of the Complaint and therefore denies them. The remaining allegations state legal conclusions regarding contract formation to which no response is required. To the extent a response is required, Alo denies the allegations.

14. Alo denies the allegations in Paragraph 14 of the Complaint are complete or accurate and therefore denies them. Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 14 of the Complaint and therefore denies them.

15. Alo denies the allegations in Paragraph 15 of the Complaint are complete

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

**1**   or accurate and therefore denies them.  Alo lacks knowledge or information sufficient

**2**   to form a belief as to the truth or falsity of the allegations in Paragraph 15 of the

**3**   Complaint and therefore denies them.  The remaining allegations state legal

**4**   conclusions regarding contract formation to which no response is required. To the

**5**   extent a response is required, Alo denies the allegations.

**6**       16.    Alo denies the allegations in Paragraph 16 of the Complaint are complete

**7**   or accurate and therefore denies them.  Alo lacks knowledge or information sufficient

**8**   to form a belief as to the truth or falsity of the allegations in Paragraph 16 of the

**9**   Complaint and therefore denies them.

**10**      17.    Alo denies the allegations in Paragraph 17 of the Complaint are complete

**11**  or accurate and therefore denies them.  Alo lacks knowledge or information sufficient

**12**  to form a belief as to the truth or falsity of the allegations in Paragraph 17 of the

**13**  Complaint and therefore denies them.

**14**      18.    Alo denies the allegations in Paragraph 18 of the Complaint are complete

**15**  or accurate and therefore denies them.  Alo lacks knowledge or information sufficient

**16**  to form a belief as to the truth or falsity of the allegations in Paragraph 18 of the

**17**  Complaint and therefore denies them.

**18**      19.    Alo denies the allegations in Paragraph 19 of the Complaint are complete

**19**  or accurate and therefore denies them.  Alo lacks knowledge or information sufficient

**20**  to form a belief as to the truth or falsity of the allegations in Paragraph 19 of the

**21**  Complaint and therefore denies them.  The remaining allegations state legal

**22**  conclusions regarding contract formation to which no response is required. To the

**23**  extent a response is required, Alo denies the allegations.

**24**      20.    Alo denies the allegations in Paragraph 20 of the Complaint are complete

**25**  or accurate and therefore denies them.  Alo lacks knowledge or information sufficient

**26**  to form a belief as to the truth or falsity of the allegations in Paragraph 20 of the

**27**

**28**

Complaint and therefore denies them.  The remaining allegations state legal conclusions regarding contract formation to which no response is required. To the extent a response is required, Alo denies the allegations.

21.    Alo denies the allegations in Paragraph 21 of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 21 of the Complaint and therefore denies them.  The remaining allegations state legal conclusions regarding contract formation to which no response is required. To the extent a response is required, Alo denies the allegations.

22.    Alo denies the allegations in Paragraph 22 of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 22 of the Complaint and therefore denies them.  The remaining allegations state legal conclusions regarding contract formation to which no response is required. To the extent a response is required, Alo denies the allegations.

23.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

24.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of

certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

25.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

26.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

27.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and

therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

28.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

29.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

30.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

1    denies them.

2        31.   Alo admits that at various times throughout 2022 it issued certain

3    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

4    Plaintiff provided invoices for certain clothing, and that Alo received shipments of

5    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

6    specific allegations in this Paragraph of the Complaint are complete or accurate and

7    therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

8    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

9    denies them.

10       32.   Alo admits that at various times throughout 2022 it issued certain

11   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

12   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

13   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

14   specific allegations in this Paragraph of the Complaint are complete or accurate and

15   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

16   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

17   denies them.

18       33.   Alo admits that at various times throughout 2022 it issued certain

19   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

20   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

21   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

22   specific allegations in this Paragraph of the Complaint are complete or accurate and

23   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

24   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

25   denies them.

26       34.   Alo admits that at various times throughout 2022 it issued certain

27

28

_____

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of
certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
specific allegations in this Paragraph of the Complaint are complete or accurate and
therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
denies them.

35.    Alo admits that at various times throughout 2022 it issued certain
purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of
certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
specific allegations in this Paragraph of the Complaint are complete or accurate and
therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
denies them.

36.    Alo admits that at various times throughout 2022 it issued certain
purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of
certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
specific allegations in this Paragraph of the Complaint are complete or accurate and
therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
denies them.

37.    Alo admits that at various times throughout 2022 it issued certain
purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of

certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

38.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

39.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

40.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and

1  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

2  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

3  denies them.

4      41.    Alo admits that at various times throughout 2022 it issued certain

5  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

6  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

7  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

8  specific allegations in this Paragraph of the Complaint are complete or accurate and

9  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

10  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

11  denies them.

12      42.    Alo admits that at various times throughout 2022 it issued certain

13  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

14  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

15  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

16  specific allegations in this Paragraph of the Complaint are complete or accurate and

17  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

18  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

19  denies them.

20      43.    Alo admits that at various times throughout 2022 it issued certain

21  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

22  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

23  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

24  specific allegations in this Paragraph of the Complaint are complete or accurate and

25  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

26  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

27

28

1   denies them.

2       44.    Alo admits that at various times throughout 2022 it issued certain

3   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

4   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

5   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

6   specific allegations in this Paragraph of the Complaint are complete or accurate and

7   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

8   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

9   denies them.

10      45.    Alo admits that at various times throughout 2022 it issued certain

11  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

12  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

13  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

14  specific allegations in this Paragraph of the Complaint are complete or accurate and

15  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

16  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

17  denies them.

18      46.    Alo admits that at various times throughout 2022 it issued certain

19  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

20  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

21  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

22  specific allegations in this Paragraph of the Complaint are complete or accurate and

23  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

24  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

25  denies them.

26      47.    Alo admits that at various times throughout 2022 it issued certain

27

28

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

1  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

2  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

3  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

4  specific allegations in this Paragraph of the Complaint are complete or accurate and

5  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

6  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

7  denies them.

8      48.    Alo admits that at various times throughout 2022 it issued certain

9  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

10  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

11  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

12  specific allegations in this Paragraph of the Complaint are complete or accurate and

13  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

14  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

15  denies them.

16      49.    Alo admits that at various times throughout 2022 it issued certain

17  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

18  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

19  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

20  specific allegations in this Paragraph of the Complaint are complete or accurate and

21  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

22  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

23  denies them.

24      50.    Alo admits that at various times throughout 2022 it issued certain

25  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

26  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

27

28

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

1  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

2  specific allegations in this Paragraph of the Complaint are complete or accurate and

3  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

4  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

5  denies them.

6       51.    Alo admits that at various times throughout 2022 it issued certain

7  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

8  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

9  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

10  specific allegations in this Paragraph of the Complaint are complete or accurate and

11  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

12  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

13  denies them.

14       52.    Alo admits that at various times throughout 2022 it issued certain

15  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

16  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

17  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

18  specific allegations in this Paragraph of the Complaint are complete or accurate and

19  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

20  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

21  denies them.

22       53.    Alo admits that at various times throughout 2022 it issued certain

23  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

24  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

25  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

26  specific allegations in this Paragraph of the Complaint are complete or accurate and

27

28

therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

54.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

55.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

56.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

1    denies them.

2        57.    Alo admits that at various times throughout 2022 it issued certain

3    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

4    Plaintiff provided invoices for certain clothing, and that Alo received shipments of

5    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

6    specific allegations in this Paragraph of the Complaint are complete or accurate and

7    therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

8    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

9    denies them.

10        58.    Alo admits that at various times throughout 2022 it issued certain

11    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

12    Plaintiff provided invoices for certain clothing, and that Alo received shipments of

13    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

14    specific allegations in this Paragraph of the Complaint are complete or accurate and

15    therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

16    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

17    denies them.

18        59.    Alo admits that at various times throughout 2022 it issued certain

19    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

20    Plaintiff provided invoices for certain clothing, and that Alo received shipments of

21    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

22    specific allegations in this Paragraph of the Complaint are complete or accurate and

23    therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

24    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

25    denies them.

26        60.    Alo admits that at various times throughout 2022 it issued certain

27

28

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

61.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

62.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

63.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of

1   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

2   specific allegations in this Paragraph of the Complaint are complete or accurate and

3   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

4   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

5   denies them.

6       64.   Alo admits that at various times throughout 2022 it issued certain

7   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

8   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

9   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

10  specific allegations in this Paragraph of the Complaint are complete or accurate and

11  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

12  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

13  denies them.

14      65.   Alo admits that at various times throughout 2022 it issued certain

15  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

16  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

17  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

18  specific allegations in this Paragraph of the Complaint are complete or accurate and

19  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

20  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

21  denies them.

22      66.   Alo admits that at various times throughout 2022 it issued certain

23  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

24  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

25  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

26  specific allegations in this Paragraph of the Complaint are complete or accurate and

27

28

1   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
2   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
3   denies them.

4        67.    Alo admits that at various times throughout 2022 it issued certain
5   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
6   Plaintiff provided invoices for certain clothing, and that Alo received shipments of
7   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
8   specific allegations in this Paragraph of the Complaint are complete or accurate and
9   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
10  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
11  denies them.

12       68.    Alo admits that at various times throughout 2022 it issued certain
13  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
14  Plaintiff provided invoices for certain clothing, and that Alo received shipments of
15  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
16  specific allegations in this Paragraph of the Complaint are complete or accurate and
17  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
18  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
19  denies them.

20       69.    Alo admits that at various times throughout 2022 it issued certain
21  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
22  Plaintiff provided invoices for certain clothing, and that Alo received shipments of
23  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
24  specific allegations in this Paragraph of the Complaint are complete or accurate and
25  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
26  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

27

28

1  denies them.

2      70.   Alo admits that at various times throughout 2022 it issued certain

3  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

4  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

5  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

6  specific allegations in this Paragraph of the Complaint are complete or accurate and

7  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

8  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

9  denies them.

10     71.   Alo admits that at various times throughout 2022 it issued certain

11 purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

12 Plaintiff provided invoices for certain clothing, and that Alo received shipments of

13 certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

14 specific allegations in this Paragraph of the Complaint are complete or accurate and

15 therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

16 as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

17 denies them.

18     72.   Alo admits that at various times throughout 2022 it issued certain

19 purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

20 Plaintiff provided invoices for certain clothing, and that Alo received shipments of

21 certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

22 specific allegations in this Paragraph of the Complaint are complete or accurate and

23 therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

24 as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

25 denies them.

26     73.   Alo admits that at various times throughout 2022 it issued certain

27

28

purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

Plaintiff provided invoices for certain clothing, and that Alo received shipments of

certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

specific allegations in this Paragraph of the Complaint are complete or accurate and

therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

denies them.

74.     Alo admits that at various times throughout 2022 it issued certain

purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

Plaintiff provided invoices for certain clothing, and that Alo received shipments of

certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

specific allegations in this Paragraph of the Complaint are complete or accurate and

therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

denies them.

75.     Alo admits that at various times throughout 2022 it issued certain

purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

Plaintiff provided invoices for certain clothing, and that Alo received shipments of

certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

specific allegations in this Paragraph of the Complaint are complete or accurate and

therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

denies them.

76.     Alo admits that at various times throughout 2022 it issued certain

purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

Plaintiff provided invoices for certain clothing, and that Alo received shipments of

1    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
2    specific allegations in this Paragraph of the Complaint are complete or accurate and
3    therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
4    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
5    denies them.

6    77.    Alo admits that at various times throughout 2022 it issued certain
7    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
8    Plaintiff provided invoices for certain clothing, and that Alo received shipments of
9    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
10   specific allegations in this Paragraph of the Complaint are complete or accurate and
11   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
12   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
13   denies them.

14   78.    Alo admits that at various times throughout 2022 it issued certain
15   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
16   Plaintiff provided invoices for certain clothing, and that Alo received shipments of
17   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
18   specific allegations in this Paragraph of the Complaint are complete or accurate and
19   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
20   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
21   denies them.

22   79.    Alo admits that at various times throughout 2022 it issued certain
23   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
24   Plaintiff provided invoices for certain clothing, and that Alo received shipments of
25   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
26   specific allegations in this Paragraph of the Complaint are complete or accurate and

27
28

therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

80.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

81.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

82.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

denies them.

83. Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff. Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them. Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

84. Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff. Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them. Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

85. Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff. Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them. Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

86. Alo admits that at various times throughout 2022 it issued certain

purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

87.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

88.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

89.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of

certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

90.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

91.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

92.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and

therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

93.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

94.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

95.    Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

1    denies them.

2         96.    Alo admits that at various times throughout 2022 it issued certain

3    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

4    Plaintiff provided invoices for certain clothing, and that Alo received shipments of

5    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

6    specific allegations in this Paragraph of the Complaint are complete or accurate and

7    therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

8    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

9    denies them.

10        97.    Alo admits that at various times throughout 2022 it issued certain

11   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

12   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

13   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

14   specific allegations in this Paragraph of the Complaint are complete or accurate and

15   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

16   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

17   denies them.

18        98.    Alo admits that at various times throughout 2022 it issued certain

19   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

20   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

21   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

22   specific allegations in this Paragraph of the Complaint are complete or accurate and

23   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

24   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

25   denies them.

26        99.    Alo admits that at various times throughout 2022 it issued certain

27

28

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

1   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
2   Plaintiff provided invoices for certain clothing, and that Alo received shipments of
3   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
4   specific allegations in this Paragraph of the Complaint are complete or accurate and
5   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
6   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
7   denies them.

8       100.    Alo admits that at various times throughout 2022 it issued certain
9   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
10  Plaintiff provided invoices for certain clothing, and that Alo received shipments of
11  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
12  specific allegations in this Paragraph of the Complaint are complete or accurate and
13  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
14  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
15  denies them.

16      101.    Alo admits that at various times throughout 2022 it issued certain
17  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
18  Plaintiff provided invoices for certain clothing, and that Alo received shipments of
19  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
20  specific allegations in this Paragraph of the Complaint are complete or accurate and
21  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
22  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
23  denies them.

24      102.    Alo admits that at various times throughout 2022 it issued certain
25  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
26  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

27

28

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

1   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

2   specific allegations in this Paragraph of the Complaint are complete or accurate and

3   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

4   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

5   denies them.

6       103.   Alo admits that at various times throughout 2022 it issued certain

7   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

8   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

9   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

10  specific allegations in this Paragraph of the Complaint are complete or accurate and

11  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

12  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

13  denies them.

14      104.   Alo admits that at various times throughout 2022 it issued certain

15  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

16  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

17  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

18  specific allegations in this Paragraph of the Complaint are complete or accurate and

19  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

20  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

21  denies them.

22      105.   Alo admits that at various times throughout 2022 it issued certain

23  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

24  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

25  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

26  specific allegations in this Paragraph of the Complaint are complete or accurate and

27

28

1   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

2   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

3   denies them.

4        106.   Alo admits that at various times throughout 2022 it issued certain

5   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

6   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

7   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

8   specific allegations in this Paragraph of the Complaint are complete or accurate and

9   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

10  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

11  denies them.

12       107.   Alo admits that at various times throughout 2022 it issued certain

13  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

14  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

15  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

16  specific allegations in this Paragraph of the Complaint are complete or accurate and

17  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

18  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

19  denies them.

20       108.   Alo admits that at various times throughout 2022 it issued certain

21  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

22  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

23  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

24  specific allegations in this Paragraph of the Complaint are complete or accurate and

25  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

26  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

27

28

denies them.

109.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

110.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

111.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

112.   Alo admits that at various times throughout 2022 it issued certain

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

1  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

2  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

3  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

4  specific allegations in this Paragraph of the Complaint are complete or accurate and

5  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

6  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

7  denies them.

8      113.   Alo admits that at various times throughout 2022 it issued certain

9  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

10  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

11  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

12  specific allegations in this Paragraph of the Complaint are complete or accurate and

13  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

14  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

15  denies them.

16      114.   Alo admits that at various times throughout 2022 it issued certain

17  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

18  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

19  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

20  specific allegations in this Paragraph of the Complaint are complete or accurate and

21  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

22  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

23  denies them.

24      115.   Alo admits that at various times throughout 2022 it issued certain

25  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

26  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

27

28

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

116.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

117.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

118.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and

therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
denies them.

119.   Alo admits that at various times throughout 2022 it issued certain
purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of
certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
specific allegations in this Paragraph of the Complaint are complete or accurate and
therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
denies them.

120.   Alo admits that at various times throughout 2022 it issued certain
purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of
certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
specific allegations in this Paragraph of the Complaint are complete or accurate and
therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
denies them.

121.   Alo admits that at various times throughout 2022 it issued certain
purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of
certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
specific allegations in this Paragraph of the Complaint are complete or accurate and
therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

1    denies them.

2        122.   Alo admits that at various times throughout 2022 it issued certain

3    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

4    Plaintiff provided invoices for certain clothing, and that Alo received shipments of

5    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

6    specific allegations in this Paragraph of the Complaint are complete or accurate and

7    therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

8    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

9    denies them.

10       123.   Alo admits that at various times throughout 2022 it issued certain

11   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

12   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

13   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

14   specific allegations in this Paragraph of the Complaint are complete or accurate and

15   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

16   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

17   denies them.

18       124.   Alo admits that at various times throughout 2022 it issued certain

19   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

20   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

21   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

22   specific allegations in this Paragraph of the Complaint are complete or accurate and

23   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

24   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

25   denies them.

26       125.   Alo admits that at various times throughout 2022 it issued certain

27

28

purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of
certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
specific allegations in this Paragraph of the Complaint are complete or accurate and
therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
denies them.

126.   Alo admits that at various times throughout 2022 it issued certain
purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of
certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
specific allegations in this Paragraph of the Complaint are complete or accurate and
therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
denies them.

127.   Alo admits that at various times throughout 2022 it issued certain
purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of
certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
specific allegations in this Paragraph of the Complaint are complete or accurate and
therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
denies them.

128.   Alo admits that at various times throughout 2022 it issued certain
purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of

1    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

2    specific allegations in this Paragraph of the Complaint are complete or accurate and

3    therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

4    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

5    denies them.

6        129.   Alo admits that at various times throughout 2022 it issued certain

7    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

8    Plaintiff provided invoices for certain clothing, and that Alo received shipments of

9    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

10   specific allegations in this Paragraph of the Complaint are complete or accurate and

11   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

12   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

13   denies them.

14       130.   Alo admits that at various times throughout 2022 it issued certain

15   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

16   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

17   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

18   specific allegations in this Paragraph of the Complaint are complete or accurate and

19   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

20   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

21   denies them.

22       131.   Alo admits that at various times throughout 2022 it issued certain

23   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

24   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

25   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

26   specific allegations in this Paragraph of the Complaint are complete or accurate and

27

28

1  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

2  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

3  denies them.

4      132.  Alo admits that at various times throughout 2022 it issued certain

5  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

6  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

7  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

8  specific allegations in this Paragraph of the Complaint are complete or accurate and

9  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

10  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

11  denies them.

12      133.  Alo admits that at various times throughout 2022 it issued certain

13  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

14  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

15  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

16  specific allegations in this Paragraph of the Complaint are complete or accurate and

17  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

18  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

19  denies them.

20      134.  Alo admits that at various times throughout 2022 it issued certain

21  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

22  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

23  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

24  specific allegations in this Paragraph of the Complaint are complete or accurate and

25  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

26  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

27

28

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

1    denies them.

2        135.   Alo admits that at various times throughout 2022 it issued certain

3    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

4    Plaintiff provided invoices for certain clothing, and that Alo received shipments of

5    certain clothing from Plaintiff.   Except as expressly admitted, Alo denies that the

6    specific allegations in this Paragraph of the Complaint are complete or accurate and

7    therefore denies them.   Alo lacks knowledge or information sufficient to form a belief

8    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

9    denies them.

10        136.   Alo admits that at various times throughout 2022 it issued certain

11    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

12    Plaintiff provided invoices for certain clothing, and that Alo received shipments of

13    certain clothing from Plaintiff.   Except as expressly admitted, Alo denies that the

14    specific allegations in this Paragraph of the Complaint are complete or accurate and

15    therefore denies them.   Alo lacks knowledge or information sufficient to form a belief

16    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

17    denies them.

18        137.   Alo admits that at various times throughout 2022 it issued certain

19    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

20    Plaintiff provided invoices for certain clothing, and that Alo received shipments of

21    certain clothing from Plaintiff.   Except as expressly admitted, Alo denies that the

22    specific allegations in this Paragraph of the Complaint are complete or accurate and

23    therefore denies them.   Alo lacks knowledge or information sufficient to form a belief

24    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

25    denies them.

26        138.   Alo admits that at various times throughout 2022 it issued certain

27

28

purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

139.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

140.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

141.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of

1    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

2    specific allegations in this Paragraph of the Complaint are complete or accurate and

3    therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

4    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

5    denies them.

6        142.   Alo admits that at various times throughout 2022 it issued certain

7    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

8    Plaintiff provided invoices for certain clothing, and that Alo received shipments of

9    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

10   specific allegations in this Paragraph of the Complaint are complete or accurate and

11   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

12   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

13   denies them.

14       143.   Alo admits that at various times throughout 2022 it issued certain

15   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

16   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

17   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

18   specific allegations in this Paragraph of the Complaint are complete or accurate and

19   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

20   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

21   denies them.

22       144.   Alo admits that at various times throughout 2022 it issued certain

23   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

24   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

25   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

26   specific allegations in this Paragraph of the Complaint are complete or accurate and

27

28

therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

145.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

146.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

147.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

denies them.

148.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

149.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

150.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

151.   Alo admits that at various times throughout 2022 it issued certain

1  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

2  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

3  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

4  specific allegations in this Paragraph of the Complaint are complete or accurate and

5  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

6  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

7  denies them.

8       152.   Alo admits that at various times throughout 2022 it issued certain

9  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

10  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

11  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

12  specific allegations in this Paragraph of the Complaint are complete or accurate and

13  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

14  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

15  denies them.

16       153.   Alo admits that at various times throughout 2022 it issued certain

17  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

18  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

19  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

20  specific allegations in this Paragraph of the Complaint are complete or accurate and

21  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

22  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

23  denies them.

24       154.   Alo admits that at various times throughout 2022 it issued certain

25  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

26  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

27

28

certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

155.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

156.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

157.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and

therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

158.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

159.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

160.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

1    denies them.

2        161.   Alo admits that at various times throughout 2022 it issued certain

3    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

4    Plaintiff provided invoices for certain clothing, and that Alo received shipments of

5    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

6    specific allegations in this Paragraph of the Complaint are complete or accurate and

7    therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

8    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

9    denies them.

10       162.   Alo admits that at various times throughout 2022 it issued certain

11   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

12   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

13   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

14   specific allegations in this Paragraph of the Complaint are complete or accurate and

15   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

16   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

17   denies them.

18       163.   Alo admits that at various times throughout 2022 it issued certain

19   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

20   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

21   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

22   specific allegations in this Paragraph of the Complaint are complete or accurate and

23   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

24   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

25   denies them.

26       164.   Alo admits that at various times throughout 2022 it issued certain

27

28

---

1  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

2  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

3  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

4  specific allegations in this Paragraph of the Complaint are complete or accurate and

5  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

6  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

7  denies them.

8      165.   Alo admits that at various times throughout 2022 it issued certain

9  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

10  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

11  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

12  specific allegations in this Paragraph of the Complaint are complete or accurate and

13  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

14  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

15  denies them.

16      166.   Alo admits that at various times throughout 2022 it issued certain

17  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

18  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

19  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

20  specific allegations in this Paragraph of the Complaint are complete or accurate and

21  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

22  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

23  denies them.

24      167.   Alo admits that at various times throughout 2022 it issued certain

25  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

26  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

27

28

1  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

2  specific allegations in this Paragraph of the Complaint are complete or accurate and

3  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

4  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

5  denies them.

6  168.  Alo admits that at various times throughout 2022 it issued certain

7  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

8  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

9  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

10  specific allegations in this Paragraph of the Complaint are complete or accurate and

11  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

12  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

13  denies them.

14  169.  Alo admits that at various times throughout 2022 it issued certain

15  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

16  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

17  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

18  specific allegations in this Paragraph of the Complaint are complete or accurate and

19  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

20  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

21  denies them.

22  170.  Alo admits that at various times throughout 2022 it issued certain

23  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

24  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

25  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

26  specific allegations in this Paragraph of the Complaint are complete or accurate and

27

28

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

171.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

172.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

173.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

denies them.

174.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

175.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

176.   Alo admits that at various times throughout 2022 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

177.   Alo admits that at various times throughout 2022 it issued certain

purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of
certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
specific allegations in this Paragraph of the Complaint are complete or accurate and
therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
denies them.

178.   Alo admits that at various times throughout 2022 it issued certain
purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of
certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
specific allegations in this Paragraph of the Complaint are complete or accurate and
therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
denies them.

179.   Alo admits that at various times throughout 2023 it issued certain
purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of
certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
specific allegations in this Paragraph of the Complaint are complete or accurate and
therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
denies them.

180.   Alo admits that at various times throughout 2023 it issued certain
purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
Plaintiff provided invoices for certain clothing, and that Alo received shipments of

certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

181.   Alo admits that at various times throughout 2023 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

182.   Alo admits that at various times throughout 2023 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

183.   Alo admits that at various times throughout 2023 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and

1 therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
2 as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
3 denies them.

4     184.   Alo admits that at various times throughout 2023 it issued certain
5 purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
6 Plaintiff provided invoices for certain clothing, and that Alo received shipments of
7 certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
8 specific allegations in this Paragraph of the Complaint are complete or accurate and
9 therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
10 as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
11 denies them.

12     185.   Alo admits that at various times throughout 2023 it issued certain
13 purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
14 Plaintiff provided invoices for certain clothing, and that Alo received shipments of
15 certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
16 specific allegations in this Paragraph of the Complaint are complete or accurate and
17 therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
18 as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore
19 denies them.

20     186.   Alo admits that at various times throughout 2023 it issued certain
21 purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that
22 Plaintiff provided invoices for certain clothing, and that Alo received shipments of
23 certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the
24 specific allegations in this Paragraph of the Complaint are complete or accurate and
25 therefore denies them.  Alo lacks knowledge or information sufficient to form a belief
26 as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

27
28

1    denies them.

2        187.   Alo admits that at various times throughout 2023 it issued certain

3    purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

4    Plaintiff provided invoices for certain clothing, and that Alo received shipments of

5    certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

6    specific allegations in this Paragraph of the Complaint are complete or accurate and

7    therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

8    as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

9    denies them.

10       188.   Alo admits that at various times throughout 2023 it issued certain

11   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

12   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

13   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

14   specific allegations in this Paragraph of the Complaint are complete or accurate and

15   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

16   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

17   denies them.

18       189.   Alo admits that at various times throughout 2023 it issued certain

19   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

20   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

21   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

22   specific allegations in this Paragraph of the Complaint are complete or accurate and

23   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

24   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

25   denies them.

26       190.   Alo admits that at various times throughout 2023 it issued certain

27

28

1   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

2   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

3   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

4   specific allegations in this Paragraph of the Complaint are complete or accurate and

5   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

6   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

7   denies them.

8        191.   Alo admits that at various times throughout 2023 it issued certain

9   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

10  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

11  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

12  specific allegations in this Paragraph of the Complaint are complete or accurate and

13  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

14  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

15  denies them.

16       192.   Alo admits that at various times throughout 2023 it issued certain

17  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

18  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

19  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

20  specific allegations in this Paragraph of the Complaint are complete or accurate and

21  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

22  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

23  denies them.

24       193.   Alo admits that at various times throughout 2023 it issued certain

25  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

26  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

27

28

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

1  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

2  specific allegations in this Paragraph of the Complaint are complete or accurate and

3  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

4  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

5  denies them.

6      194.   Alo admits that at various times throughout 2023 it issued certain

7  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

8  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

9  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

10  specific allegations in this Paragraph of the Complaint are complete or accurate and

11  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

12  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

13  denies them.

14      195.   Alo admits that at various times throughout 2023 it issued certain

15  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

16  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

17  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

18  specific allegations in this Paragraph of the Complaint are complete or accurate and

19  therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

20  as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

21  denies them.

22      196.   Alo admits that at various times throughout 2023 it issued certain

23  purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

24  Plaintiff provided invoices for certain clothing, and that Alo received shipments of

25  certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

26  specific allegations in this Paragraph of the Complaint are complete or accurate and

27

28

therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

197.   Alo admits that at various times throughout 2023 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

198.   Alo admits that at various times throughout 2023 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore denies them.

199.   Alo admits that at various times throughout 2023 it issued certain purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that Plaintiff provided invoices for certain clothing, and that Alo received shipments of certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the specific allegations in this Paragraph of the Complaint are complete or accurate and therefore denies them.  Alo lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

1   denies them.

2       200.   Alo admits that at various times throughout 2023 it issued certain

3   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

4   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

5   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

6   specific allegations in this Paragraph of the Complaint are complete or accurate and

7   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

8   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

9   denies them.

10       201.   Alo admits that at various times throughout 2023 it issued certain

11   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

12   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

13   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

14   specific allegations in this Paragraph of the Complaint are complete or accurate and

15   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

16   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

17   denies them.

18       202.   Alo admits that at various times throughout 2023 it issued certain

19   purchase orders to Plaintiff for certain clothing to be supplied by Plaintiff, that

20   Plaintiff provided invoices for certain clothing, and that Alo received shipments of

21   certain clothing from Plaintiff.  Except as expressly admitted, Alo denies that the

22   specific allegations in this Paragraph of the Complaint are complete or accurate and

23   therefore denies them.  Alo lacks knowledge or information sufficient to form a belief

24   as to the truth or falsity of the allegations concerning Plaintiff's conduct, and therefore

25   denies them.

26       203.   Alo denies the allegations in Paragraph 203 of the Complaint.

27

28

**FIRST CLAIM FOR RELIEF**

(Breach of Contract Against Alo)

204.    Plaintiff repeats and realleges its responses to each preceding paragraph above as if fully set forth herein.

205.    Plaintiff denies the allegations in Paragraph 205 of the Counterclaims.

206.    Plaintiff denies the allegations in Paragraph 206 of the Counterclaims.

207.    Plaintiff denies the allegations in Paragraph 207 of the Counterclaims.

208.    Plaintiff denies the allegations in Paragraph 208 of the Counterclaims.

209.    Plaintiff denies the allegations in Paragraph 209 of the Counterclaims.

210.    Plaintiff denies the allegations in Paragraph 210 of the Counterclaims.

**SECOND CLAIM FOR RELIEF**

(Account Stated Against Alo)

211.    Plaintiff repeats and realleges its responses to each preceding paragraph above as if fully set forth herein.

212.    Plaintiff denies the allegations in Paragraph 212 of the Counterclaims.

213.    Plaintiff denies the allegations in Paragraph 213 of the Counterclaims.

**PRAYER FOR RELIEF**

Alo denies the allegations set forth in Paragraphs 1-3 following Paragraph 213, and denies that Plaintiff is entitled to any relief on its Complaint.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

(Breach of Contract)

As an affirmative defense to each and every cause of action, Plaintiff's claims are barred, in whole or in part, because of Plaintiff's material breach of the agreements governing the subject matter of Plaintiff's claims, including but not

limited to Plaintiff's failure to deliver goods free from material defects and failure to meet required delivery deadlines.

<b><u>Second Affirmative Defense</u></b>

(Waiver and Estoppel)

As an affirmative defense to each and every cause of action, Plaintiff's claims are barred, in whole or in part, under the doctrines of waiver and estoppel by reason of acts, omissions, representations, and conduct by Plaintiff.

<b><u>Third Affirmative Defense</u></b>

(Unjust Enrichment)

As an affirmative defense to each and every cause of action, Plaintiff's recovery is barred because the requested recovery from Defendants would result in Plaintiff's unjust enrichment.

<b><u>Fourth Affirmative Defense</u></b>

(Unclean Hands)

As an affirmative defense to each and every cause of action, Plaintiff's recovery is barred, in whole or in part, under the doctrine of unclean hands.

<b><u>Fifth Affirmative Defense</u></b>

(Offset)

As an affirmative defense to each and every cause of action, Defendants are entitled to an offset for any amounts already paid by Defendants, owed to Defendants by Plaintiff (including owed to Defendants in connection with any recovery on Alo's counterclaims), or as otherwise deemed appropriate by the Court.

<b><u>Additional Affirmative Defenses</u></b>

Alo reserves the right to assert additional defenses as may be disclosed during the course of additional investigation and discovery.

1

2 ## <u>COUNTERCLAIMS</u>

3      Pursuant to Fed. R. Civ. P. 8(d), Plaintiff Alo, LLC ("Alo" or "Plaintiff")

4 hereby asserts the following counterclaims against Counterclaim Defendant BIHQ Pte

5 Ltd. dba Bodynits International Pte Ltd. ("BIHQ" or "Counterclaim Defendant") and

6 DOES 1-10, inclusive.

7 ## <u>NATURE OF ACTION</u>

8      1.     This is breach of contract action by Alo for damages in excess of

9 $1,075,658.16 against BIHQ arising out of BIHQ's delivery of certain defective

10 clothing manufactured by BIHQ for Alo, and its failure to deliver certain products in

11 the timeframe required by the agreements governing the parties' business.  BIHQ's

12 failure to manufacture products in accordance with the high quality standards required

13 by Alo governing the parties' business, and its failure to timely meet Alo's seasonal

14 and holiday shipping deadlines, constitute material breaches of the parties'

15 agreements.  Alo's damages include, but are not limited to, reimbursement to Alo for

16 defective goods received and paid for by Alo, increased costs (including for expedited

17 air shipping) incurred by Alo to mitigate against the harm caused by BIHQ's failure to

18 meet required delivery deadlines, and lost sales, all arising out of BIHQ's unlawful

19 conduct.

20 ## <u>PARTIES</u>

21      2.     Alo is a well-known athleisure, yoga and health and wellness company

22 that markets and sells products throughout the United States and abroad.  Alo is a

23 California limited liability company with a principal place of business located at 9830

24 Wilshire Boulevard, Beverly Hills, CA 90212.

25      3.     Upon information and belief, BIHQ is a private company organized and

26 existing under the laws of Singapore with a principal place of business located at 12

27

28

1   Changi South Lane, Singapore 486353.  Upon information and belief, BIHQ is

2   engaged in the business of manufacturing and exporting clothing, and operates a

3   website at www.bodynits.com.  BIHQ conducts business under the names BIHQ Pte

4   Ltd. and Bodynits International Pte Ltd.

5       4.      Does 1-10 are persons or entities responsible, in whole or in part, for the

6   wrongdoing alleged herein ("Doe Defendants"). Alo is informed and believes, and

7   based thereon, alleges that each of the Doe Defendants participated in, assisted,

8   endorsed, or was otherwise involved in the acts complained hereof, and that they have

9   liability for such acts. Alo will amend this Counterclaim if, and when, the identities

10  and details of involvement of such persons or entities becomes known.

11                          **JURISDICTION & VENUE**

12      5.      This Court has jurisdiction over the subject matter of these Counterclaims

13  pursuant to 28 U.S.C. § 1332(a) because this is a civil action between citizens of

14  different states, where the matter in controversy exceeds $75,000, exclusive of costs

15  and interest.  This Court also has supplemental jurisdiction over these counterclaims

16  pursuant to 28 U.S.C. § 1367(a), as the subject matter of the counterclaims are so

17  related to BIHQ's claims in the Complaint that they form part of the same case or

18  controversy.

19      6.      This Court has personal jurisdiction over BIHQ because, among other

20  reasons, BIHQ consented to the personal jurisdiction of this Court when it filed the

21  Complaint in this Judicial District, and because the subject matter of the counterclaims

22  are so related to BIHQ's claims in the Complaint that they form part of the same case

23  or controversy.  In addition, the contracts entered into between Alo and BIHQ

24  required BIHQ to deliver conforming products in this Judicial District.

25      7.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2)

26  because a substantial part of the events giving rise to the counterclaims occurred

27

28

1    within this Judicial District, as delivery of the goods by BIHQ was to be made to Alo

2    in Los Angeles County.  Alternatively, venue is proper under 28 U.S.C. § 1391(b)(3).

3    **FACTS COMMON TO ALL COUNTERCLAIMS**

4    8.    Alo designs, develops and sells fashionable and exceptionally high

5    quality garments in the athleisure, yoga and health and wellness space.  In 2021, 2022

6    and 2023, it entered into agreements with BIHQ to manufacture certain of its apparel

7    products.  Consistent with Alo's high standards for quality and high demand for its

8    new and innovative styles, Alo demands much from its partners.

9    9.    With respect to BIHQ, doing business as Bodynits, Alo engaged in

10    extensive planning nearly a year in advance of new season and holiday product

11    launches in order to ensure that BIHQ could secure necessary materials and

12    manufacturing capacity to produce the high quality products in time for critical sales

13    periods.  As part of this process, Alo provided detailed forecasts for specific styles and

14    quantities to ensure supply, and worked with BIHQ confirm quality standards are met

15    before production and shipping.  As one example, on or about February 4, 2022, Alo

16    provided BIHQ with a detailed forecast for capacity planning purposes identifying

17    more than 210,000 units by style needed for the Holiday 2022.

18    10.    The agreements between Alo and BIHQ were formed pursuant to

19    communications between Alo and BIHQ that included these type of forecasts for

20    capacity planning, and eventually led to written Purchase Orders issued by Alo to

21    BIHQ that included specific terms including, but not limited to (a) identifying the

22    style, description, quantity and price of the garments subject to the order, (b)

23    identifying the location where the articles were to be shipped, (c) identifying the

24    precise shipping date for the order, and (d) specific terms and conditions governing

25    each order, including that (i) BIHQ shall deliver no goods without a purchase order,

26    (ii) BIHQ shall make no substitutions or changes without authority from Alo, and (iii)

27

28

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

Alo reserves the right to cancel the order if shipment is not made as promised (hereafter, the "Alo Contracts").

11.    Throughout 2021, 2022 and 2023, BIHQ manufactured and delivered certain garments to Alo pursuant to the Alo Contracts.  Many of these products failed to meet the quality standards required by the Alo Contracts, and contained defects in materials and craftsmanship.

12.    Alo identified these defects to BIHQ.  The total cost of these chargebacks, exclusive of any lost sales, is approximately $600,470.16, and concern products purchased in connection with at least the following purchase orders: PO#10011259, PO#10016155, PO#10016052, PO#10016052, PO#10011215, PO#10011213, PO#10017371, PO#10011416, PO#10011384, PO#10011392, PO#10011360, PO#10011350, PO#10011715, PO#10011717, PO#10008335, PO#10011224, PO#10010419, PO# 10016063, PO#10008281, PO#10008282, PO#10008283, PO#10008284, and PO#10008977.

13.    Despite Alo's early identification of specific quantities and styles for the express purpose of reserving capacity, BIHQ failed to timely deliver tens of thousands of garments in 2022.  BIHQ's failure to timely deliver the required garments in accordance with the Alo Contracts required Alo to incur substantially increased shipping costs for faster air shipping, instead of ocean freight charges, in order to mitigate against some of the harm caused by BIHQ's delays in advance of Alo's popular Holiday sales season.  The approximate cost of the increased air shipping charges, exclusive of any lost sales, was approximately $475,188.00.

## **FIRST COUNTERCLAIM**

### (Breach of Contract Against BIHQ)

14.    Alo repeats and realleges the allegations contained in each preceding paragraph above as if fully set forth herein.

15.    The Alo Contracts constitute valid and enforceable contracts between Alo, on the one hand, and BIHQ, on the other hand.

16.    Alo has performed, or attempted to perform, all material elements and conditions of the Alo Contracts except for those acts that have been prevented, delayed, or excused by the acts or omissions of BIHQ.

17.    All conditions required for BIHQ to perform had occurred prior to BIHQ's breach.

18.    BIHQ breached the Alo Contracts by failing to deliver all goods free from material defects and in accordance with the quality standards required under the Alo Contracts.  Specifically, the cost of these chargebacks, exclusive of any lost sales, is approximately $600,470.16, and concern products purchased in connection with at least the following purchase orders: PO#10011259, PO#10016155, PO#10016052, PO#10016052, PO#10011215, PO#10011213, PO#10017371, PO#10011416, PO#10011384, PO#10011392, PO#10011360, PO#10011350, PO#10011715, PO#10011717, PO#10008335, PO#10011224, PO#10010419, PO# 10016063, PO#10008281, PO#10008282, PO#10008283, PO#10008284, and PO#10008977.

19.    BIHQ breached the Alo Contracts by failing to deliver all goods in the timeframe required by the Alo Contracts.  Specifically, BIHQ failed to timely deliver tens of thousands of garments in 2022 which required Alo to incur substantially increased shipping costs for air shipping.  The approximate cost of the increased air shipping charges, exclusive of any lost sales, was approximately $475,188.00.

20.    Alo was harmed by BIHQ's breaches of the Alo Contracts. These breaches were a substantial factor in causing Alo's harm.

21.    As a direct and proximate result of BIHQ's material breaches of the Alo Contracts, Alo has been damaged in an amount subject to proof at trial, but in no event less than $1,075,658.16, which is exclusive of the harm Alo suffered as a result of lost

1  sales arising out of BIHQ's conduct.

2

3  ### **DEMAND FOR JURY TRIAL**

4      Pursuant to Fed. R. Civ. P. 38, Alo hereby demands a jury trial on all issues so

5  triable.

6  ### **PRAYER FOR RELIEF**

7      Wherefore Alo prays for judgment against Plaintiff/Counterclaim Defendant,

8  and in favor of Alo, as follows:

9      A.    That the Complaint and each purported claim for relief therein be

10  dismissed in their entirety with prejudice;

11      B.    That the Court award Alo all of its special, consequential, and

12  compensatory damages as permitted by law;

13      C.    That the Court award Alo its costs and attorneys' fees in this action to

14  the extent recoverable by contract or statute; and

15      D.    That the Court award Alo such other and further relief as the Court may

16  deem just and proper.

17

18   Dated:  April 24, 2023              By:  */s/ Nathaniel H. Lipanovich*

19                                       Nathaniel H. Lipanovich

20
                                         *Attorney for Defendants and*
21                                       *Counterclaim Plaintiffs Alo, LLC and*
                                         *Color Image Apparel, Inc.*
22

23

24

25

26

27

28

---

ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2023, a true and correct copy of the foregoing **ALO, LLC'S AND COLOR IMAGE APPAREL, INC.'S ANSWER TO COMPLAINT AND COUNTERCLAIMS** was filed electronically with the Clerk of the above-captioned Court utilizing the Court's CM/ECF system, resulting in an automatic transmission of a Notice of Electronic Filing to all counsel of record in the above-referenced proceeding.

By: */s/ Journey Bailey*
_____
Journey Bailey

_____
ALO'S ANSWER TO COMPLAINT AND COUNTERCLAIMS