JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIHQ PTE LTD., a Singapore private limited company,<br><br>Plaintiff,<br><br>v.<br><br>ALO, LLC dba ALO YOGA, a California limited liability company; COLOR IMAGE APPAREL, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 23-1426-GW-ASx<br>Hon. George H. Wu, Ctrm. 9D<br>Hon. Alka Sagar, Ctrm. 540<br><br>**Order Dismissing Action**<br><br>Complaint Filed: February 24, 2023<br>Trial Date:         April 16, 2024 |
| ALO, LLC dba ALO YOGA, a California limited liability company,<br><br>Counter-Plaintiff,<br><br>v.<br><br>BIHQ PTE LTD. dba BODYNITS INTERNATIONAL PTE LTD.; and DOES 1 through 10, inclusive,<br><br>Counter-Defendant. | |

# ORDER

The Court, having considered the Stipulation Regarding Settlement and Dismissal (the "Stipulation") between BIHQ Pte Ltd., on the one hand, and Alo, LLC and Color Image Apparel, Inc. (collectively, "Alo"), on the other hand, and good cause appearing,

IT IS ORDERED THAT:

1. The Stipulation is approved.

2. The above-captioned action, including the Counterclaim, is hereby dismissed with prejudice.

3. The Court shall retain jurisdiction over this matter until June 3, 2024, and shall have jurisdiction to reopen the matter up to and including that date in the event that Alo fails to make the payments required under Section 2 of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: October 31, 2023

_____
Hon. George H Wu,
United States District Judge